| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  WJA SECURE REAL ESTATE FUND, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  27-3992881

**4. Debtor's address**

Principal place of business:
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653
Number, Street, City, State & ZIP Code

Orange
County

Mailing address, if different from principal place of business
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __WJA SECURE REAL ESTATE FUND, LLC_____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **WJA SECURE REAL ESTATE FUND, LLC** _____ Case number (*if known*)_____
    Name

### 11. Why is the case filed in *this district*?

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

### 13. Debtor's estimation of available funds

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

### 15. Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **WJA SECURE REAL ESTATE FUND, LLC**    Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 18, 2017**
              MM / DD / YYYY

X  **/s/ Howard Grobstein**                              **Howard Grobstein**
   Signature of authorized representative of debtor       Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X  **/s/ Lei Lei Wang Ekvall**                    Date  **May 18, 2017**
   Signature of attorney for debtor                      MM / DD / YYYY

**Lei Lei Wang Ekvall**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250**
**Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone  **(714) 445-1000**    Email address  **lekvall@swelawfirm.com**

**163047, California**
Bar number and State

Fill in this information to identify the case:
- Debtor name: **WJA SECURE REAL ESTATE FUND, LLC**
- United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**
- Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Cannon Gasket PSP**<br>7784 Edison Avenue<br>Fontana, CA 92336 | | **Promissory Note** | | | | **$564,352.00** |
| **Chavez, Salvador**<br>24191 Fortune Drive<br>Lake Forest, CA 92630 | | **Promissory Note** | | | | **$142,420.00** |
| **Deluca Family Trust**<br>Blake D. Deluca & Deborah J. Deluca, Tru<br>21492 Moresby Way<br>Lake Forest, CA 92630 | | **Membership Equity Holder** | | | | **$103,425.02** |
| **Eggers, Gloria**<br>28832 Drakes Bay<br>Laguna Niguel, CA 92677 | | **Promissory Note** | | | | **$77,800.00** |
| **Equity Trust Co. Custodian FBO**<br>The Roger and Marilou Heckman Family Tru<br>33555 Halyard Dr<br>Dana Point, CA 92629 | | **Membership Equity Holder** | | | | **$55,999.16** |
| **Equity Trust Company Custodian FBO**<br>Laurel J. Enloe IRA<br>302 East Cypress<br>Anaheim, CA 92805 | | **Membership Equity Holder** | | | | **$49,854.48** |
| **ETC FBO D. James Armstrong IRA**<br>813 Amaryllis Lane<br>Venice, FL 34292 | | **Membership Equity Holder** | | | | **$61,529.06** |

Debtor **WJA SECURE REAL ESTATE FUND, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ETC FBO John Clark Stancil**<br>**8517 Galway Place**<br>**San Diego, CA 92129** | | **Membership Equity Holder** | | | | $52,020.89 |
| **ETC FBO Justin and Kristina Davis**<br>**22483 Mission Hills Lane**<br>**Yorba Linda, CA 92887** | | **Membership Equity Holder** | | | | $149,655.59 |
| **ETC FBO Pinkowski Family Trust**<br>**2124 Colina Del Arco Iris**<br>**San Clemente, CA 92673** | | **Membership Equity Holder** | | | | $160,711.63 |
| **Garza, Gloria**<br>**701 Calle de Silva**<br>**Redlands, CA 92374** | | **Promissory Note** | | | | $75,000.00 |
| **Keuthan, Jan**<br>**25591 Leeward Drive**<br>**Dana Point, CA 92629** | | **Promissory Note** | | | | $69,116.55 |
| **Lewis**<br>**33681 Scottys Cove Drive**<br>**Dana Point, CA 92629** | | **Promissory Note** | | | | $66,687.50 |
| **Moliero IRA**<br>**400 Deal Lake Drive, Apt 6D**<br>**Asbury Park, NJ 07712** | | **Promissory Note** | | | | $194,617.70 |
| **Monaghan, Mark**<br>**14 Acorn**<br>**Irvine, CA 92604** | | **Promissory Note** | | | | $89,000.00 |
| **Morefield**<br>**27521 Manor Hill Road**<br>**Laguna Niguel, CA 92677** | | **Promissory Note** | | | | $171,850.00 |
| **Morefield, Dan**<br>**27521 Manor Hill Road**<br>**Laguna Niguel, CA 92677** | | **Promissory Note** | | | | $62,597.45 |
| **Rochelle Skodi**<br>**9542 Scotstoun Drive**<br>**Huntington Beach, CA 92646** | | **Promissory Note** | | | | $109,132.80 |

Debtor **WJA SECURE REAL ESTATE FUND, LLC**　　　Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ruby Carson**<br>**11621 Norma Lane**<br>**Garden Grove, CA**<br>**92840** | | **Promissory Note** | | | | **$93,289.61** |
| **Stan Saviski**<br>**1214 Via Visalia**<br>**San Clemente, CA**<br>**92672** | | **Promissory Note** | | | | **$59,282.31** |

```
WJA SECURE REAL ESTATE FUND, LLC
23046 Avenida de la Carlota
Suite 150
Laguna Hills, CA 92653


Lei Lei Wang Ekvall
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626


Anselmo Garcia Roth
P.O. Box 6609
Laguna Niguel, CA 92677


Cannon Gasket PSP
7784 Edison Avenue
Fontana, CA 92336


Chavez, Salvador
24191 Fortune Drive
Lake Forest, CA 92630


Chvilicek
1301 East Van Owen Avenue
Orange, CA 92867


Deluca Family Trust
Blake D. Deluca & Deborah J. Deluca, Tru
21492 Moresby Way
Lake Forest, CA 92630


Eggers, Gloria
28832 Drakes Bay
Laguna Niguel, CA 92677
```

Equity Trust Co. Custodian FBO
The Roger and Marilou Heckman Family Tru
33555 Halyard Dr
Dana Point, CA 92629


Equity Trust Company Custodian FBO
The Ivar Trust
209 S. Stephanie St. B 124
Henderson, NV 89012


Equity Trust Company Custodian FBO
Jill McFall IRA
8487 East Frostwood Street
Anaheim, CA 92808


Equity Trust Company Custodian FBO
Laurel J. Enloe IRA
302 East Cypress
Anaheim, CA 92805


Equity Trust Company FBO
Gloria Maxine Eggers & Paul Donnelly Tru
28832 Drakes Bay
Laguna Niguel, CA 92677


ETC FBO
2011 C.F. Byrne Revocable Trust
25415 Eshelman Avenue
Lomita, CA 90717


ETC FBO Angie B. Rust IRA
493 South Grand Street
Orange, CA 92866


ETC FBO Ann Armstrong IRA
813 Amaryllis Lane
Venice, FL 34292

```
ETC FBO Carl Huntenburg IRA
61 Bolton Street #202
Cambridge, MA 02140


ETC FBO Carl Roger Ekholm IRA
35292 Vista De Todo
Capistrano Beach, CA 92624


ETC FBO D. James Armstrong IRA
813 Amaryllis Lane
Venice, FL 34292


ETC FBO Dale P. Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Elaine Garland
419 Main Street #33
Huntington Beach, CA 92648


ETC FBO Jeff Shirkani SEP IRA
32421 Caribbean Drive
Dana Point, CA 92629


ETC FBO John Clark Stancil
8517 Galway Place
San Diego, CA 92129


ETC FBO Justin and Kristina Davis
22483 Mission Hills Lane
Yorba Linda, CA 92887
```

ETC FBO Michael Wisnev IRA
3208 Bonnie Hill Drive
Los Angeles, CA 90068


ETC FBO Paul Kirch IRA
35 Malibu
Laguna Niguel, CA 92677


ETC FBO Pinkowski Family Trust
2124 Colina Del Arco Iris
San Clemente, CA 92673


ETC FBO Richard J. Fazendin IRA
23692 Calle Hogar
Mission Viejo, CA 92691


ETC FBO Ritch S. Wright IRA
9542 Scotstoun Drive
Huntington Beach, CA 92646


ETC FBO Robert Fields IRA
28792 Mira Vista
Laguna Niguel, CA 92677


ETC FBO Sarah Hodgman TTEE
1913 Rockmoor
Fort Worth, TX 76134


Eva Herring
33 Goldbriar Way
Mission Viejo, CA 92692

```
Garcia, Susan
P.O. Box 6609
Laguna Niguel, CA 92677


Garza, Gloria
701 Calle de Silva
Redlands, CA 92374


Garza, Gloria IRA
701 Calle de Silva
Redlands, CA 92374


Generoso Santa Maria Reye IRA
25741 Morales
Mission Viejo, CA 92691


Grado Family Living Trust
24972 Woolwich Street
Laguna Hills, CA 92653


Harmon Family Trust
47 Gema
San Clemente, CA 92672


Keuthan, Jan
25591 Leeward Drive
Dana Point, CA 92629


Lewis
33681 Scottys Cove Drive
Dana Point, CA 92629
```

```
M&E Herring
33 Goldbriar Way
Mission Viejo, CA 92692


Moliero IRA
400 Deal Lake Drive, Apt 6D
Asbury Park, NJ 07712


Monaghan
14 Acorn
Irvine, CA 92604


Monaghan, Mark
14 Acorn
Irvine, CA 92604


Monte Herring
33 Goldbriar Way
Mission Viejo, CA 92692


Morefield
27521 Manor Hill Road
Laguna Niguel, CA 92677


Morefield, Dan
27521 Manor Hill Road
Laguna Niguel, CA 92677


Randolph, Doug
21 Calle Verano
Rancho Santa Margarita, CA 92688
```

Reyes ROTH IRA
25741 Morales
Mission Viejo, CA 92691


Robert Taylor
5002 Pendleton Court
Los Angeles, CA 90056


Rochelle Skodi
9542 Scotstoun Drive
Huntington Beach, CA 92646


Ruby Carson
11621 Norma Lane
Garden Grove, CA 92840


Skodi Trust
9542 Scotstoun Drive
Huntington Beach, CA 92646


Stan Saviski
1214 Via Visalia
San Clemente, CA 92672


The Savitski Family Trust,
dated January 09, 1990
1214 Via Visalia
San Clemente, CA 92672


Theodore, Brown
3411 East Barrington Drive
Orange, CA 92869